USCA1 Opinion

 

 June 1, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2350 CARMEN CARRASQUILLO, Plaintiff, Appellant, v. DONNA E. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Paul Ramos Morales on brief for appellant. __________________ Guillermo Gil, United States Attorney, Maria Hortensia Rios, ______________ _____________________ Assistant United States Attorney, and Paul Germanotta, Assistant ________________ Regional Counsel, Department of Health and Human Services, on brief for appellee. ____________________ ____________________ Per Curiam. Claimant Carmen Carrasquillo appeals __________ from the judgment of the district court which affirmed the decision of the Secretary of Health and Human Services that she is not entitled to Social Security disability benefits. We have carefully reviewed the record and the briefs of the parties and affirm the judgment of the district court for essentially the reasons stated in its Opinion and Order, dated November 1, 1993. Because the Order is well- reasoned and sound, we need not repeat its conclusions here. See In re San Juan DuPont Plaza Hotel Fire Litigation, 989 ___ ___________________________________________________ F.2d 36, 38 (1st Cir. 1993). Affirmed. ________ -2-